**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUSAN MICK,                             )<br>                                                     )<br>            Plaintiff,                          )<br>                                                     )<br>vs.                                                )           NO. CIV-06-0549-HE<br>                                                     )<br>MICHAEL J. ASTRUE,                  )<br>Commissioner of the Social          )<br>Security Administration,              )<br>                                                     )<br>            Defendant.                      ) | |

## ORDER

Plaintiff Susan Mick instituted this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Valerie K. Couch, who recommended that the decision of the Commissioner be reversed and the matter remanded for further administrative proceedings.

Defendant has failed to object to the Report and Recommendation and, therefore, has waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996). *See* 28 U.S.C. § 636(b)(1); LCvR 72.1(a). Accordingly, the court **ADOPTS** the Report and Recommendation, **REVERSES** the Commissioner's decision, and **REMANDS** the case for further administrative proceedings consistent with this opinion.

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2007.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE